# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Wayne Sekerke,<br><br>    Plaintiff,<br><br>    v.<br><br>Adam Arkwright, Sheriff Lieutenant; Aguirre, Deputy Sheriff; Chris Cross, Deputy Sheriff,<br><br>    Defendants. | No. 20cv1045-JO-RBB<br><br>**ORDER GRANTING DEFENDANT ADAM ARKWRIGHT'S APPLICATION FOR ORDER AUTHORIZING COMMENCEMENT OF INMATE DEPOSITION [ECF NO. 25]**<br><br>[Fed. Rules Civ. Proc., Rule 30(a)(2)(B)]<br><br>Re Inmate: Keith Wayne Sekerke; BP1899 |

Upon consideration of the application of Defendant Lt. Adam Arkwright and good cause appearing therefor;

IT IS ORDERED that the application of Defendant for an order authorizing commencement of inmate Keith Wayne Sekerke's deposition in accordance with Federal Rules of Civil Procedure, Rule 30(a)(2)(B) is **GRANTED**.

///
///
///
///

1      IT IS FURTHER ORDERED that the deposition of Keith Wayne Sekerke shall
2 commence on or before the discovery cutoff date imposed by this Court and shall
3 continue from day to day until completion of said deposition.  Said deposition, as noticed,
4 may be audiotaped and videotaped.  Said deposition, as noticed, shall convene remotely
5 at Valley State Prison (VSP) in Chowchilla, California.

7 DATED:  June 22, 2022          _____
8                                 HON. RUBEN B. BROOKS
                                  United States Magistrate Judge