UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE,<br><br>                         Plaintiff,<br>v.<br><br>DANE OLSEN, etc., et al.,<br><br>                        Defendants. | Case No.: 20cv1045-JO(RBB)<br><br>**ORDER GRANTING DEFENDANT ADAM ARKWRIGHT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES SET ONE [ECF NO. 30]** |

      On September 16, 2022, Defendant Lt. Adam Arkwright filed a Motion to Compel Plaintiff's Responses to Interrogatories Set One [ECF No. 30]. The motion sought an order (1) requiring Plaintiff Keith Wayne Sekerke to provide complete responses to Defendant's interrogatories without objection and (2) granting Defendant a unilateral extension of fifty-five days following receipt of the responses to conduct additional discovery in follow up to the interrogatories. (Def.'s Mot. Attach. #1 Mem. P. & A. 4, ECF No. 30.) On September 28, 2022, Defendant filed a Notice of Withdrawal of Portion of Motion to Compel, in which Arkwright advised that Plaintiff provided responses to the interrogatories a week after the filing of the motion to compel. (Def.'s Notice 1, ECF No. 33.) Defendant thus withdrew his request for an order compelling Plaintiff to provide initial responses to the interrogatories. (Id.) Arkwright indicated,

1

however, that Plaintiff's responses to the interrogatories were incomplete, and that following a meet and confer regarding the deficient responses on September 21, 2022, Sekerke stated that he would provide further responses.  (Id. at 2.)  Defendant maintains his request for a unilateral extension of fifty-five days following the receipt of Plaintiff's amended interrogatory responses to conduct further discovery in follow up to the interrogatories and to file a motion to compel further responses if necessary.  (Id.)

      Given Plaintiff's untimely responses to Defendant's interrogatories, the Court finds that granting Defendant additional time to conduct fact discovery is warranted.  Additionally, Sekerke did not file an opposition to Defendant's motion.  (See Mins., Sept. 20, 2022, ECF No. 32 [setting deadline of October 6, 2022, for the filing of Plaintiff's response to the motion].)  Under the Civil Local Rules of this Court, the failure to file an opposition by the deadline set by the Court "may constitute a consent to the granting of a motion."  S.D. Cal. Civ. R. 7.1.f.3.c.  For these reasons, Defendant's motion to compel, as amended by his notice of withdrawal of portion of motion, is **GRANTED**.  Any outstanding responses by Plaintiff to Defendant Arkwright's interrogatories, set one, must be served by October 31, 2022.  Defendant is granted an extension of the fact discovery deadline from October 28, 2022, to December 23, 2022.  All other dates in the scheduling order remain as previously set.

      **IT IS SO ORDERED**.

Dated:  October 18, 2022

_____
Hon. Ruben B. Brooks
United States Magistrate Judge