UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE,<br><br>                          Plaintiff,<br><br>v.<br><br>DANE OLSEN, etc., et al.,<br><br>                        Defendants. | Case No.: 20cv1045-JO(RBB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A STANDING ORDER TO BRING PROPERTY FROM STATE PRISON TO COUNTY JAIL WHILE OUT TO COURT [ECF NO. 41]** |

      On December 5, 2022, Plaintiff Keith Wayne Sekerke, a prisoner incarcerated at Valley State Prison, filed a Motion for a Standing Order to Bring Property from State Prison to County Jail While Out to Court [ECF No. 41]. Plaintiff states that he will be "sent back to County Jail to go to Superior Court most likely in January 2023" for further proceedings on a criminal matter. (Pl.'s Mot. 2, ECF No. 41.) He requests that the Court issue an order (1) ensuring that he will be able to bring his legal property with him and (2) requiring that he be housed in the Central Jail with access to the law library. (Id.) Defendant Lt. Adam Arkwright filed an opposition to Plaintiff's motion on December 13, 2022 [ECF No. 42].

      The pendency of this action does not give the Court jurisdiction over state prison officials who are not parties to this action. See, e.g., Poslof v. Martel, Case No.: 3:18-cv-

1

761-MMA-AGS, 2019 WL 2451368, at *1 (S.D. Cal. June 12, 2019) ("Most importantly, the Court does not have jurisdiction over the individuals who have custody and control of Plaintiff's legal materials."); see also Marshall v. Rain, Civil No. 04cv403-L(WMc), 2008 WL 3851551, at *1 (S.D. Cal. Aug. 15, 2008) ("The Court has no authority to issue a preliminary injunction ordering non-parties, the California Medical Facility or its librarian, to provide Plaintiff with . . . library access.").

Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated:  December 29, 2022

_____
Hon. Ruben B. Brooks
United States Magistrate Judge