UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE ALLISON S. GODDARD | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge Allison S. Goddard for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Goddard. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 20cv1045-JO | Sekerke v. Olsen et al. |
| 22cv1279-JO | Ali v. Grant & Weber, Inc. |
| 22cv1288-JLS | Gemini Ins. Co. v. Cannon Constructors South, Inc. et al. |
| 21cv1053-LL | Scheurer et al. v. United States of America |

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | 21cv942-DMS | Theroux Jr. v. Eclectic Home + Closet, Inc., et al. |
| 2 | 20cv2309-AJB | Lundstrom v. Young et al. |

Dated: January 6, 2023

_____
Hon. Ruben B. Brooks
United States Magistrate Judge