UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADAM ARKWRIGHT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-01045-JO-AHG<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION REGARDING ATTENDANCE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 56]** |

Before the Court is Defendant's *ex parte* motion to excuse the appearance of a representative with full settlement authority from the upcoming February 15, 2023, Mandatory Settlement Conference ("MSC").[1] ECF No. 56; *see* ECF No. 51 at 2 (requiring that a "party representative with full and complete authority to enter into a binding settlement must be present" at the MSC).

Since Defendants are part of a self-insured public entity, only the Board of Supervisors of the County of San Diego has ultimate authority to make settlement decisions greater than $25,000. ECF No. 56 at 2. Thus, Defendant has requested permission for

---

[1] Defendant's motion references an Early Neutral Evaluation Conference ("ENE"). *See* ECF No. 56. The upcoming conference, however, is a Mandatory Settlement Conference. *See* ECF No. 51.

Defendant's Claims Representative and Lead County Counsel to appear at the MSC without "full and complete" settlement authority. *Id.* at 2–3. Because the proposed party representatives have the authority to make recommendations to the Board of Supervisors, the Court finds good cause to **GRANT** the motion and orders as follows:

1. Defendant's Claims Representative and Lead Counsel, with knowledge about the facts and legal theories of the case, and authority to make recommendations to the internal committee and Board of Supervisors, are permitted to appear at the February 15, 2023, MSC although they do not have "full and complete" settlement authority.

2. All other procedures, requirements, and deadlines set forth in the order setting the MSC (*see* ECF No. 51) **remain in place**, except as explicitly modified by this Order.

**IT IS SO ORDERED.**

Dated: January 26, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge