UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE,<br><br>                        Plaintiff,<br><br>v.<br><br>ADAM ARKWRIGHT, et al.,<br><br>                        Defendants. | Case No.: 3:20-cv-01045-JO-AHG<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL**<br><br>**[ECF No. 44]** |

Before the Court is Defendant's Motion to Compel Plaintiff's Responses to Interrogatories and Requests for Production, which Plaintiff opposes. ECF Nos. 44, 50. Upon review of the papers submitted, the Court found the matter suitable for a discovery conference, which was held on February 6, 2023. ECF Nos. 51, 65. Plaintiff's supplemental discovery responses at issue, totaling 533 pages, were successfully transmitted via the litigation coordinator to Defendant's counsel on February 8, 2023. Email to Chambers (Feb. 8, 2023, at 11:52 AM); *see* ECF No. 66. Defendant did not identify any outstanding issues with Plaintiff's supplemental responses by the February 23, 2023, deadline. *See* ECF No. 69. As such, Defendant's Motion to Compel Plaintiff's Discovery Responses is **DENIED AS MOOT**. ECF No. 44.

      **IT IS SO ORDERED.**

Dated: March 1, 2023

                                           _____
                                           Honorable Allison H. Goddard
                                           United States Magistrate Judge