

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Keith Wayne Sekerke

Civil Action No.  20-cv-01045-JO-AHG

Plaintiff,

V.

Adam Arkwright,
Sheriff Lieutenant

**JUDGMENT IN A CIVIL CASE**

Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's motion for summary judgment, Dkt. 75, pursuant to Fed. R. Civ. P. 56(a). Judgment is in favor of Defendant Arkwright. Case is closed.

Date:     9/28/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L Sotelo

L Sotelo, Deputy